# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SUSANNE SWANSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:18-CV-4125 |
| | ) |
| INSITUFORM TECHNOLOGIES USA, LLC, a Delaware | ) |
| limited liability company, f/k/a INSITUFORM | ) |
| TECHNOLOGIES USA, INC., a Delaware corporation, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL

NOW COME Plaintiff SUSANNE SWANSON and Defendant INSITUFORM TECHNOLOGIES USA, LLC (collectively, the "Parties"), by their respective counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and hereby stipulate to dismiss this action, and all claims pending between them in said cause with prejudice. The Parties shall each bear their own costs and fees associated with this matter.

| | |
|---|---|
| */s/ Daniel J. Kordik* | */s/ Nicholas J. Daly* |
| Daniel J. Kordik | Jennifer Jerit Johnson |
| Kordik Law Firm | Nicholas J. Daly |
| 276 N. Addison Avenue | Tressler LLP |
| Elmhurst, IL 60126 | 233 South Wacker Drive, 61st Floor |
| (630) 782-5879 | Chicago, Illinois 60606 |
| danieljkordik@kordiklaw.com | (312) 627-4000 |
| *Attorney for Plaintiff* | (312) 627-1717 Fax |
| | jjohnson@tresslerllp.com |
| | ndaly@tresslerllp.com |
| | *Attorneys for the Defendant* |

4848-0549-1350